

FILED
5/18/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
GMC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ALAN CROFOOT, | ) | |
| *Plaintiff,* | ) | **Case No.** 1:26-cv-05025 |
| | ) | |
| v. | ) | **Judge:** Martha M. Pacold |
| | ) | **Magistrate Judge:** Maria Valdez |
| COOK COUNTY, ILLINOIS | ) | |
| *Defendant.* | ) | |

# Plaintiff's Notice of Filing Main Exhibits

## I. TO THE HONORABLE JUDGE AND JURY:

1. Plaintiff Brian Alan Crofoot, proceeding pro se, respectfully submits the following Exhibits in further support of the Complaint.

2. This pack consists of **Exhibits A**: Suzanne Malec-McKenna's May 7, 2026 Written Reprimand / Final Warning **(A-1)** citing Plaintiff's protected email declining Chris Antonopoulos' Oral Reprimand Meeting **(A-2)**, and Plaintiff's notes rebutting Chris' reprimand **(A-3 & A-4).**

3. **Exhibits E** are presented. These exhibits demonstrate synchronized coordination between internal county actors and external state regulators on February 4, 2026 — the exact same day the Illinois Department of Insurance (IDOI) and Illinois Attorney General attempted to block service on Liberty Mutual in Plaintiff's related RICO action (1:26-cv-00672).

4. **Exhibit E** consists of:

1. Plaintiff's original and reissued asbestos professional licenses (with the February 4, 2026 issuance date bolded on the reissued license).

2. Renante Marante's and IDPH's Eric Culbertson's October 22, 2025, email regarding Plaintiff's license application.

3. Chris's January 2026 email chain requesting IDPH license reissue (after his public "kitten fraud" accusations).

4. The IDOI and Illinois Attorney General's service rejection letters dated February 4, 2026, docketed March 20, 2026, included herein **(Exhibit F-11).**

5. These documents, taken together, show the internal containment efforts (license control/leverage) and external protection of the racket occurring in lockstep on the same calendar day.

6. Respectfully submitted,

/s/ Brian Alan Crofoot, Plaintiff, pro se


**Email:** crofoot.bc@gmail.com


**Dated:** May 18, 2026

## Table of Contents

Exhibit A-1: Suzanne Malec-McKenna's May 7, 2026 Written Reprimand     4

Exhibit A-2: Plaintiff's Oral Reprimand Decline Email, May 5, 2026     6

Exhibit A-3: Chris' Oral Reprimand, May 5, 2026     7

Exhibit A-4: Plaintiff's Notes Rebutting Chris' Reprimand     9

Exhibit H-1: Meeting Notes from Feb. 11, 2026 Meeting with Managers     10

Exhibit H-2: Chris' Follow-Up Email, Feb. 11, 2026     11

Exhibit G-1: OnBase Lock Out Conversation, May 6, 2026     13

Exhibit G-2: OnBase Lock Out Screenshot, May 6, 2026     15

Exhibit G-3: Antonopoulos Acknowledges OnBase Bug, March 24, 2026     16

Exhibit E-1: Plaintiff's Initial Asbestos Inspector License, October 29, 2025     17

Exhibit E-2: Plaintiff's Reissued Asbestos Inspector License, Feb. 4, 2026     17

Exhibit E-3: Renante Marante and IDPH's Eric Culbertson's Email Regarding
Plaintiff's License Application, Oct. 22, 2025     18

Exhibit E-4: Antonopoulos' and IDPH's Email Conversation Regarding
Plaintiff's Asbestos License, Jan. 26-27, 2026     19

Exhibit F-11: IDOI Letter to Process Server Headquarters, Feb. 4, 2026     27

Exhibit G-4: Antonopoulos' and Plaintiff's Email Regarding Asbestos Training,
April 14, 2026     28

**Exhibit A-1: Suzanne Malec-McKenna's May 7, 2026 Written Reprimand**

Suzanne Malec-McKenna personally signed the following formal reprimand subsequent to

Plaintiff's May 5 email citing Chris Antonopoulos was manufacturing disciplinary actions in

retaliation for Plaintiff's protected federal activity (the RICO & this lawsuit). In it,

Malec-McKenna stated Plaintiff's declining of discipline was *"insubordination, May 5"*

threatening termination for any future violations. Chris Antonopoulos countersigned the

formal write-up.



**COOK COUNTY**
BUREAU OF
**ADMINISTRATION**

Department of Environment and Sustainability
(312) 603-8200
Environment@cookcountyil.gov

69 W Washington St
Suite 1900
Chicago, Illinois 60602

May 7, 2026

Brian Crofoot
Engineer II

Dear Mr. Crofoot:

This letter is a written reprimand in accordance with the Cook County Personnel Rules, including Rule 8.4(e), and Section 14.2 of the Collective Bargaining Extension Agreement between the Service Employees International Union (SEIU) and Cook County. This written disciplinary action addresses the following Cook County Personnel Rules:

- **Rule 8.2(b)(8) - "Failure to carry out a lawful rule, order or directive of an employee's supervisor related to the performance of the employee's duties."**
- **Rule 8.2(b)(21) - "Fail to follow instructions or fail to work in accordance with County policies, procedures and/or practices."**

<u>Specific Allegations</u>

On May 4, 2026, your supervisor sent you a meeting request for a disciplinary meeting to issue an oral reprimand. The meeting was scheduled to take place on May 5, 2026. This was the third attempt to schedule this meeting, as you took sick leave on two previous days the meeting was scheduled, April 29 and May 4, 2026.

On May 5, 2026, you declined the disciplinary meeting and sent an email to your supervisor, in which you stated: "I will **not** be attending the meeting scheduled for this morning."

The behavior described above constitutes a violation of the above-mentioned Personnel Rules. Any reoccurrence of such actions or conduct may result in the initiation of additional disciplinary action, up to and including termination.

Sincerely,

Suzanne Malec-McKenna
Director

www.cookcountyil.gov

**Exhibit A-2: Plaintiff's Oral Reprimand Decline Email, May 5, 2026**



**Declining Today's Disciplinary Meeting - Retaliation For Protected Federal Activity**

2 messages

**Brian Crofoot (Environment and Sustainability)**  Tue, May 5, 2026 at
<Brian.Crofoot@cookcountyil.gov>  8:40 AM
To: "Christopher Antonopoulos (Environment and Sustainability)"
<christopher.antonopoulos1@cookcountyil.gov>
Cc: "Jacqueline Diaz (Environment and Sustainability)" <Jacqueline.Diaz@cookcountyil.gov>

Chris,

Noted.

I will **not** be attending the meeting scheduled for this morning.

This appears to be continued retaliation for my protected federal activity of filing two federal lawsuits (RICO 1:26-cv-00672 and §1983 1:26-cv-05025) against Liberty Mutual, BJB Properties, and now Cook County itself. The timing of these "performance" meetings, occurring immediately after key docket events and while I have documented 80% of the citations, is not lost on anyone.

OnBase has been intentionally non-functional for my profile since the backend changes made on April 15. Any alleged performance issues stem directly from management's own actions, not from my work. I have already documented this pattern and will continue to do so.

I have nothing further to add at this time.

Brian Crofoot

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

Plaintiff emailed Chris Antonopoulos prior to attending an "Oral Reprimand" Meeting originally scheduled on April 27, 2026 - the day the RICO Judge set a status hearing. Plaintiff noted Chris was manufacturing disciplinary actions in retaliation for Plaintiff's protected federal activity (the RICO & this §1983 lawsuits).

**Exhibit A-3: Chris' Oral Reprimand, May 5, 2026**

Chris Antonopoulos scheduled disciplinary actions originally scheduled with the SEIU as formal discipline.

---

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Tuesday, May 5, 2026 4:28:09 PM
**To:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Cc:** Jacqueline Diaz (Environment and Sustainability) <Jacqueline.Diaz@cookcountyil.gov>
**Subject:** RE: Oral Reprimand

Brian,

This is the oral reprimand that I have tried to schedule with you three times (on 4/29, 5/4 and 5/5).

There are three concerns I wanted to address:

- Following instructions
- Carrying out assignments
- Following policies and procedures

The applicable Cook County Personnel Rules are the following:

- **Rule 8.2(b)(8)** - "Failure to carry out a lawful rule, order or directive of an employee's supervisor related to the performance of the employee's duties."
- **Rule 8.2(b)(21)** - "Fail to follow instructions or fail to work in accordance with County policies, procedures and/or practices."
- **Rule 8.2(b)(35)** - "Violating any departmental regulations, work rules or procedures."

Specifically:

1. Per the Division SOP, part of an asbestos inspection, at both active and inactive sites, includes notifying the site supervisor of your arrival and documenting this in your inspection report. I have reminded you of this requirement; however, several of your inspections in March and April did not follow this procedure.

2. There have been several recent instances of being unresponsive to my requests and not following through on assignments. For example, you did not complete the close-out inspection report for the Oak Forest Medical Center. (I sent you an email on 3/11 regarding this.) In addition, you have not provided a copy of your reissued asbestos professional license or given a status update in response to my requests.

3. The Department Policy is that all lunch breaks must be taken between 11 and 2. This means that you need to be back at work by no later than 2:00. However, even after I reminded you of this on 3/5/26, there were several instances in April when you continued to stay on your lunch break later than 2:00.

---

Going forward, I would like to see better compliance with our policies and procedures and better responsiveness to direct requests. Please let me know if you have any questions.



**COOK COUNTY**
DEPARTMENT OF
Environment &
Sustainability

**Chris Antonopoulos**

Manager, Engineering Services

O: (312) 603-8215

*Sign up for our newsletter* to receive email updates.

Follow Cook County Government on Facebook | X | Instagram
Follow Toni Preckwinkle on Facebook | X | Instagram

**Exhibit A-4: Plaintiff's Notes Rebutting Chris' Reprimand**

Brian <crofoot.bc@gmail.com>                                    Tue, May 5, 2026 at 5:34 PM
To: "Brian Crofoot (Environment and Sustainability)" <Brian.Crofoot@cookcountyil.gov>

Received and noted.

**For the record:**

- These meetings were formal disciplinary proceedings that had the potential for immediate termination, and were explicitly not oral reprimands.
- I used sick days on the dates of the three scheduled meetings (4/29, 5/4, and 5/5) to avoid further escalation while my federal claims are pending.
- The Oak Forest close-out inspection report was submitted to OnBase months ago and properly attached to the older permit for that project.
- I promptly provided the Feb 4, 2026 reissued asbestos professional license upon receipt.
- The lunch break policy has not been uniformly applied to other staff.
- The slashed tire incident on the assigned county vehicle was reported and documented.
- I was locked out of OnBase today.

I will continue to document all relevant activity.

Brian Crofoot

On Tue, May 5, 2026, 5:02 PM Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov> wrote:

Forwarding for my records.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

Plaintiff rebuts Chris' arguments imposing discipline. Plaintiff inspected the Oak Forest Hospital site as previously requested on March 13, 2026, and submitted the report to OnBase under permit, 19253409. Plaintiff provided the license to Chris on Feb. 19, 2026 - the last day Plaintiff was allowed to attend monthly Administrative Law Hearings to prosecute his citations. Liz Davis, Air Division, Air Quality, and Solid Waste Division inspectors (10+ members) are able to take their lunch and other breaks whenever while working in the field and have not been disciplined. Plaintiff's records show consistency in his lunch breaks typically for 60 minutes contrary to Chris' implicit suggestion that Plaintiff was taking too long lunches exceeding 60 minutes. Most sites were not active during inspections. Additional details are included in the Coordination Diptych Exhibit.

**Exhibit H-1: Meeting Notes from Feb. 11, 2026 Meeting with Managers**

Feb. 11, 2026

Renante M + Chris A

**Meeting Agenda: Brian**

**1. Positive Performance Highlights**

- Role Diversification: Commend the significant expansion into asbestos inspections, increasing from **2% in FY2025** to **42% fiscal YTD**.
- Enforcement: Responsible for 80% of citations
- Trip Efficiency: Recognize improved travel efficiency, with miles per inspection reduced from 6.59 to 4.68.
- Worker Safety: Proactively identified worker health and safety risks to site supervisors during site inspections.
- Responsiveness & Community Engagement: Demonstrated commitment to addressing community concerns, such as during the Former Sears demolition, where he proactively engaged with residents and resolved issues.
- Report Quality: Use the October 2025 report (9501 W. Devon Ave) or similar report as the standard for narrative structure and enforcement quality.

**2. Performance Gaps & SOP Alignment**

- Administrative Compliance: Current timesheet submission rate is **59.4%**. Set a mandatory target of **90%** compliance.
- Site Activity Reporting: Windshield surveys or sidewalk observations are inadequate and often lead to mischaracterization (e.g., reporting "no work" when activities are ongoing). Ensure accurate status reporting by physically walking around the site and communicating directly with the contractor.
- Work Order Priority: Missed critical inspection of former Cook County hospital.
- Documentation Standards: Address the 42% reduction in report word count (from 172 to 99 words) and the shift away from structured formatting. Reinforce adherence to standardized report structure to maintain clarity and completeness.

**3. Action Plan**

- Use SOP Guidance Tables: Utilize the guidance tables in Attachment B of the SOP for inspection and documentation. This approach ensures completeness and enhances the level of detail in your reports.
- Verify Site Activity: Conduct a full site walk-through or coordinate with the contractor. If access is restricted, call the contractor to confirm activity status to avoid relying on windshield or sidewalk observations.
- Daily Timesheet Submission: Submit timesheets through the departmental portal without exception.
- Task Prioritization: Follow SOP guidelines to prioritize work tasks effectively.

Notes from the Feb. 11, 2026 meeting with Managers Chris Antonopoulos and Renante Marante.

*Crofoot v Cook County, 2026*                    *Plaintiff's Main Exhibits*                    *Page 10*

**Exhibit H-2: Chris' Follow-Up Email, Feb. 11, 2026**

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Tuesday, February 17, 2026 1:22 PM
**To:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Subject:** RE: Follow up

Hello Brian,

Thank you for the productive discussion on February 11. Renante and I appreciated the opportunity to hear about your commitment to your role and your passion for serving the community. This email provides a summary of our conversation to ensure alignment as we transition management responsibilities.

**Performance Recognition**

We began by acknowledging your significant contributions during FY 2025. Your productivity was a major highlight—according to Power BI data, you issued 80% of all citations last year. We also commended your dedication to safety, strong report writing, and consistent efforts to listen to community concerns.

**Policy Clarifications and Expectations**

To maintain consistency with our Standard Operating Procedures (SOP), we discussed several areas requiring a reset:

- **Site Inspection Protocols:** Inspections must be conducted by physically walking the site or coordinating directly with the contractor. This ensures reports accurately reflect site activities and conditions.
- **Work Priorities:** Tasks must follow the SOP Work Priority Order:
    1. Emergency complaints related to asbestos or demolition activities
    2. Pending and open citation reports
    3. Requested edits of inspection reports
    4. Reports less than four days old (due within five days)
    5. Field inspections conducted in order of public risk
- **Reporting Standards:** Return to the FY 2025 reporting format, including organizational headers and thorough yet concise documentation.
- **OnBase Timesheets:** Daily timesheet submissions are required. You noted past technical issues, but now that these have been resolved, consistency is expected.

**Additional Requirement**

*Please ensure your IDPH ID includes a current photograph. This is a legal requirement and essential for maintaining professional standards in the field.*

**Conclusion**

*You indicated agreement with these directives and expressed enthusiasm for your work. We believe these steps will strengthen collaboration and enhance service to Cook County residents.*

*Thank you again for your commitment. Please reach out if you have any questions.*

*Thank you,*



**COOK COUNTY**
**DEPARTMENT OF**
**Environment &**
**Sustainability**

**Chris Antonopoulos**

**Manager, Engineering Services**

**O: (312) 603-8215**

*Sign up for our newsletter* to receive email updates.

Follow Cook County Government on Facebook | X | Instagram
Follow Toni Preckwinkle on Facebook | X | Instagram

**Exhibit G-1: OnBase Lock Out Conversation, May 6, 2026**

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Wednesday, May 6, 2026 3:33 PM
**To:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Cc:** Jacqueline Diaz (Environment and Sustainability) <Jacqueline.Diaz@cookcountyil.gov>
**Subject:** RE: Follow Up

Brian,

I understand you had an issue with your vehicle tire. Did you notify the sheriff and file a report as Jackie instructed? Have you been told when the tire will be replaced?

Also, as a reminder, you are supposed to have one office day per week, which takes place downtown at 69 West. Since you took a sick day on Monday, you took your office day yesterday, correct? Going forward, you should not be taking office days at Maywood.

Regarding OnBase, I thought the issue was resolved. However, I scheduled a meeting for tomorrow, so we can look at it together via Teams with Stefano.

What are you working on today?



**COOK COUNTY**
**DEPARTMENT OF**
**Environment &**
**Sustainability**

**Chris Antonopoulos**

Manager, Engineering Services

O: (312) 603-8215

**Brian Crofoot (Environment and Sustainability)** <Brian.Crofoot@cookcountyil.gov>  Wed, May 6, 2026 at 4:18 PM
To: "Christopher Antonopoulos (Environment and Sustainability)" <christopher.antonopoulos1@cookcountyil.gov>
Cc: "Jacqueline Diaz (Environment and Sustainability)" <Jacqueline.Diaz@cookcountyil.gov>

Chris,

Noted.

I already declined to sign the Vehicle Incident Form or accept liability for third-party vandalism on county property. I continue to request immediate repair of the county vehicle so I can perform inspections without personal expense.

I will comply with the office directive as written while documenting it as retaliation. The OnBase bug has been known and documented since 2025 (Vandana Patel/ Clarity Partners April 2026 chain). I will attend the scheduled meeting tomorrow.

Brian



**Brian Crofoot, EIT**
Environmental Engineer II
Department of Environment and Sustainability
Office: (312) 603-8210

The conversation refers to a Teams Meeting that Antonopoulos scheduled on April 15 with Vandana Patel (Bureau of Technology), Stefano Pannone (DES), and Clarity Partners (Justin Molina) to Plaintiff's exclusion. Vandana Patel documented the bug on April 1, 2026 with the team.

**Exhibit G-2: OnBase Lock Out Screenshot, May 6, 2026**



This screenshot of the OnBase interface was taken by Plaintiff shortly after Chris

Antonopoulos' email **(Ex. G-1).**

**Exhibit G-3: Antonopoulos Acknowledges OnBase Bug, March 24, 2026**

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Tuesday, March 24, 2026 9:22 AM
**To:** Vandana Patel (MIS) <vandana.patel@cookcountyil.gov>; Jimmie Murray (Bureau of Technology) <Jimmie.Murray@cookcountyil.gov>
**Cc:** Lizabeth Davis (Environment and Sustainability) <lizabeth.davis@cookcountyil.gov>; Stefano Pannone (Environment and Sustainability) <Stefano.Pannone@cookcountyil.gov>
**Subject:** RE: OnBase Time and Mile Issue

Hi Vandana,

It seems Brian still doesn't have the same settings that Liz does. Can you reach out to her when you can? She can walk you through how she fills them out and how different the process is for Brian.

Thank,



**Chris Antonopoulos**

Manager, Engineering Services

O: (312) 603-8215

**Exhibit E-1: Plaintiff's Initial Asbestos Inspector License, October 29, 2025**



The Illinois Department of Public Health (IDPH) issued this license to Plaintiff with a photo of

five kittens in place of a Plaintiff's headshot.

**Exhibit E-2: Plaintiff's Reissued Asbestos Inspector License, Feb. 4, 2026**



**Exhibit E-3: Renante Marante and IDPH's Eric Culbertson's Email Regarding**

**Plaintiff's License Application, Oct. 22, 2025**

**From:** Renante Marante (Environment and Sustainability) <Renante.Marante@cookcountyil.gov>
**Sent:** Wednesday, October 22, 2025 8:58 AM
**To:** Culbertson, Eric <eric.culbertson@illinois.gov>
**Subject:** Fw: Crofoot Asbestos Inspector License Application

Hi Eric,

Just a quick heads-up — one of our engineers from our asbestos-demolition group has submitted his application for the Asbestos Building Inspector license. Please see the details below.

Thanks.



**COOK COUNTY**
DEPARTMENT OF
**Environment &**
**Sustainability**

Renante Marante

Manager of Engineering Services

Dept. of Environment and
Sustainability

O: (312) 603-8215; C: (773) 519-5946

Plaintiff's then-manager Renante Marante and IDPH's Eric Culbertson discussed Plaintiff's

asbestos inspector license application on October 22, 2025.

**Exhibit E-4: Antonopoulos' and IDPH's Email Conversation Regarding**

**Plaintiff's Asbestos License, Jan. 26-27, 2026**

This exhibit memorializes the email conversation between Chris Antonopoulos and IDPH's

Asbestos Division staff in January 2026.

---

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Tuesday, January 27, 2026 11:55:52 AM
**To:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Cc:** Carrie.C.Branch@Illinois.gov <carrie.c.branch@illinois.gov>
**Subject:** FW: RE: IDPH asbestos license

Hi Brian,

IDPH got back to me regarding your card. Please fill out this attached authorization form, submit a copy of your driver's license, and email them to Carrie (cc'd). They will re-issue your asbestos license.

Thank you,


**COOK COUNTY**
DEPARTMENT OF
**Environment &**
**Sustainability**

**Chris Antonopoulos**

Manager, Engineering Services

Office of the President

O: (312) 603-8515

---

**From:** Branch, Carrie C. <Carrie.C.Branch@Illinois.gov>
**Sent:** Tuesday, January 27, 2026 10:03 AM
**To:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>;
Culbertson, Eric <Eric.Culbertson@Illinois.gov>
**Subject:** RE: RE: IDPH asbestos license

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good Morning,

There was an error made in printing the card. Thank you for bringing that to our attention.

Due to unforeseen circumstances we are awaiting printing the corrected card, but it is being worked as a priority.

Please also be advised, we replied to your inquiry earlier, that we need the authorization form in order to release licensing status. Please see that communication attached.

We appreciate your patience as we make the correction necessary.

*Thank you,*

Carrie C. Branch, AA1

**Lead and Asbestos Program, Licensing**

525 W. Jefferson St,  3rd Floor

Springfield, IL 62761-0001

Phone# 217-782-3517

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Tuesday, January 27, 2026 9:54 AM

**To:** Culbertson, Eric <Eric.Culbertson@Illinois.gov>
**Cc:** Branch, Carrie C. <Carrie.C.Branch@Illinois.gov>
**Subject:** [External] RE: RE: IDPH asbestos license

Eric,

I understand. Thank you.  I'll follow up with Carrie.



**COOK COUNTY**
DEPARTMENT OF
**Environment &**
**Sustainability**

**Chris Antonopoulos**

Manager, Engineering Services

Office of the President

O: (312) 603-8515

**From:** Culbertson, Eric <Eric.Culbertson@Illinois.gov>
**Sent:** Tuesday, January 27, 2026 9:49 AM
**To:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Subject:** RE: RE: IDPH asbestos license

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Chris,

That's a question the licensing unit would need to answer.  The compliance program wouldn't be able to provide the answer to that question, as I don't oversee or supervise the licensing unit.

Sincerely,

Eric L. Culbertson

Compliance Program Mgr.

Lead & Asbestos Compliance Program

Div. of Environmental Health

IL Dept. of Public Health-Office of Health Protection

525 W.  Jefferson  St., 3rd Floor

Springfield, IL 62761

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Tuesday, January 27, 2026 9:47 AM
**To:** Culbertson, Eric <Eric.Culbertson@Illinois.gov>
**Cc:** Renante Marante (Environment and Sustainability) <Renante.Marante@cookcountyil.gov>; Branch, Carrie C. <Carrie.C.Branch@Illinois.gov>
**Subject:** [External] RE: RE: IDPH asbestos license

Hi Eric,

Thank you for the update. However, I'd still like to know how this major oversite happened.



**Chris Antonopoulos**

Manager, Engineering Services

Office of the President

O: (312) 603-8515

From: Culbertson, Eric <Eric.Culbertson@Illinois.gov>
Sent: Tuesday, January 27, 2026 7:12 AM
To: Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
Cc: Renante Marante (Environment and Sustainability) <Renante.Marante@cookcountyil.gov>; Branch, Carrie C. <Carrie.C.Branch@Illinois.gov>
Subject: RE: RE: IDPH asbestos license

| External Message Disclaimer |
|---|
| This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email. |

Chris,

I had forwarded your message last week to the licensing unit. It is my understanding a new license will be printed by the licensing unit as soon as possible. Currently, all employees are out of office due to the 3rd floor being exterminated for pests. Carrie Branch is the administrative assistant of the licensing unit. I have copied her again as a reminder.

Sincerely,

Eric L. Culbertson

Compliance Program Mgr.

Lead & Asbestos Compliance Program

Div. of Environmental Health

IL Dept. of Public Health-Office of Health Protection

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Monday, January 26, 2026 3:14 PM
**To:** Culbertson, Eric <Eric.Culbertson@Illinois.gov>
**Cc:** Renante Marante (Environment and Sustainability) <Renante.Marante@cookcountyil.gov>
**Subject:** [External] RE: IDPH asbestos license

Eric,

I emailed you last week about an argent matter. Can you please contact me or direct me in the direction on where I can speak with someone?

Thank you,


**COOK COUNTY**
DEPARTMENT OF
Environment &
Sustainability

**Chris Antonopoulos**

Manager, Engineering Services

Office of the President

O: (312) 603-8515

*Sign up for our newsletter* to receive email updates.

---------- Forwarded message ----------
From: "DPH.Asbestos" <Dph.Asbestos@illinois.gov>
To: "Christopher Antonopoulos (Environment and Sustainability)" <christopher.antonopoulos1@cookcountyil.gov>
Cc:
Bcc:
Date: Fri, 23 Jan 2026 19:41:32 +0000
Subject: RE: RE:  IDPH Asbestos

We have received an inquiry and are working on it.

We cannot release licensing information without an authorization from the licensee.

Please ask the licensee to complete the attached blank authorization release form and return with a copy of their government issued photo id card if they want to give permission to release their information.

Thanks, DPH.Asbestos@Illinois.gov

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Tuesday, January 20, 2026 11:35 AM
**To:** DPH.Asbestos <Dph.Asbestos@Illinois.gov>
**Subject:** [External] RE: IDPH Asbestos

Hello,

I called last week and left a message in the general mailbox (217)-782-3517 and have not heard back from anyone.  I would like a call back regarding an asbestos inspector (Brian Crofoot) who works for the us at Cook County Department of Environment and Sustainability.

Thank you,

Chris

**Exhibit F-11: IDOI Letter to Process Server Headquarters, Feb. 4, 2026**

**Illinois Department of Insurance**

**JB PRITZKER**
Governor

**ANN GILLESPIE**
Director

February 4, 2026

ABC Legal Services, Inc.
633 Yesler Way
Seattle, WA 98104

**RE: 1:26-cv-00672 Brian Alan Crofoot v. Liberty Mutual Personal Insurance Company**

In response to your recent request, please be advised that the Director of Insurance is appointed as agent for Service of Process by all foreign and alien insurance companies authorized to do business in the State of Illinois as well as by all domestic reciprocals and fraternal benefit societies. Service upon the Director as agent can be had through any proper means by **delivering duplicate copies of all process accompanied by a $40 fee payable to the Illinois Department of Insurance.**

The Director of Insurance is not authorized to accept Service of Process for other domestic insurance companies nor for insurance producers licensed to do business in the State of Illinois.

The attached documents are being returned to you for the reasons checked below:

☐ Service is being attempted upon a domestic insurer for which the Director is not appointed as agent for service.

☐ Service is being attempted upon an insurance producer or other entity for whom the Director is not appointed as agent for service. **Director is agent for only the Illinois courts.**

☒ Duplicate copies of **all process** were not provided. **215 ILCS 5/112**

☐ The statutory **$40 fee payable to the Illinois Department of Insurance** for each company served did not accompany the process. **215 ILCS 5/408 (4)**

☐ No record of company by this name. Please provide company's entire legal name.

☐ Service is being attempted upon a "group". Please indicate specific company.

If a response is necessary, please send to address shown below to the attention of Corporate Regulatory.

Illinois Department of Insurance
320 West Washington St
Springfield, IL 62767-0001

AG:MS:KS

320 W. Washington Street
Springfield, Illinois 62767
(217) 782-4515
http://insurance.illinois.gov

Originally filed with the request to serve Liberty Mutual's President (Feb. 16, 2026) included herein to reorganize evidence. The Illinois Attorney General's office was included on the letter.

**Exhibit G-4: Antonopoulos' and Plaintiff's Email Regarding Asbestos Training,**

**April 14, 2026**

From: Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@
cookcountyil.gov>
Sent: Thursday, April 16, 2026 9:41:10 AM
To: Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
Subject: RE: IDPH License


Brian,


There is no dispute with OTS. The invoice will be paid in due course. This does not affect your employment, as you can continue to inspect demolition sites which do not require an IDPH license. It shouldn't be very long before the certificate is issued.



**COOK COUNTY**
DEPARTMENT OF
**Environment &
Sustainability**

**Chris Antonopoulos**

Manager, Engineering Services

O: (312) 603-8215

From: Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
Sent: Tuesday, April 14, 2026 2:25:22 PM
To: Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>; Lizabeth Davis (Environment and Sustainability) <lizabeth.davis@cookcountyil.gov>
Subject: Re: RE: IDPH license

Noted. This dispute between DES and OTS appears intended to cause my license to lapse to cause loss of employment.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android
_____

From: Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
Sent: Tuesday, April 14, 2026 12:17:18 PM
To: Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>; Lizabeth Davis (Environment and Sustainability) <lizabeth.davis@cookcountyil.gov>
Subject: RE: RE: IDPH license

Brian,

Your IDPH card expires on 5/15/26. You will receive your certificate once DES pays the invoice from OTS.



**COOK COUNTY**
DEPARTMENT OF
Environment &
Sustainability

**Chris Antonopoulos**

Manager, Engineering Services

O: (312) 603-8215

Plaintiff and Chris Antonopoulos discussed the payment dispute between DES and OTS (Occupational Training & Supply), an asbestos training provider regarding Plaintiff's inspector refresher course. During the course that day, OTS informed Plaintiff DES (Chris Antonopoulos) refused to pay the $250 course fee despite Plaintiff's passing score.