

BC

FILED
5/19/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

BRIAN ALAN CROFOOT, )

            *Plaintiff,* )    **Case No.** 1:26-cv-05025

                 )

v. )    **Judge:** Martha M. Pacold

                 )    **Magistrate Judge:** Maria Valdez

COOK COUNTY, ILLINOIS )

            *Defendant.* )

# <u>Status Update</u>

## I. TO THE HONORABLE JUDGE AND JURY:

1. Plaintiff Brian Alan Crofoot, currently proceeding pro se, submits the following proof of service to the Court. Defendant was personally served by a process server on May 18, 2026.

2. Court costs of $405 were received by the Clerk via USPS certified mail on May 19, 2026, tracking number, 9589071052704109523856.

3. Plaintiff opposes dismissal and requests a trial by jury on all triable issues.

4. Respectfully submitted,

/s/ Brian Alan Crofoot, Plaintiff, pro se

**Dated:** May 19, 2026

**Email:** crofoot.bc@gmail.com

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:26-cv-05025**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Cook County, Illinois**
was received by me on  **5/18/2026:**

☐   I personally served the **SUMMONS; FIRST AMENDED COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* . a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Wendy Johnson**, who is designated by law to accept service of process on behalf of **Cook County, Illinois** at **69 W Washington St Ste 500, Chicago, IL 60602** on **05/18/2026 at 3:40 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 86.00** for services, for a total of **$ 86.00.**

I declare under penalty of perjury that this information is true.

Date:   5·18·26

Server's signature

**Christopher Anthony Rodriquez**
*Printed name and title*

**10 South Riverside Plaza**
**Suite 875**
**Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT,  to Wendy Johnson who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**




Tracking #: 0223899408