BC

FILED
7/1/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN A. CROFOOT, | ) | **Case No.** 1:26-cv-05025 |
| *Plaintiff,* | ) | |
| | ) | **Hon. Judge:** Martha M. Pacold |
| v. | ) | **Magistrate Judge:** Maria Valdez |
| | ) | |
| Cook County, Illinois, | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S NOTICE OF RELATED CASE

**TO THE HONORABLE JUDGE AND DEFENDANT:**

Plaintiff Brian A. Crofoot, pro se, hereby gives notice pursuant to Local Rule 40.4 that the above-captioned case is related to *Crofoot v. Liberty Mutual Personal Insurance Co. et al.*, Case No. 1:26-cv-00672 (N.D. Ill.), currently pending in this District before the Honorable Jeffrey Cummings.

Both cases arise from the same core set of facts and events. The above-captioned case alleges retaliation in response to Plaintiff's filing of the related RICO action. The cases involve overlapping parties, witnesses, and factual issues.

**Plaintiff does not seek consolidation of the two cases at this time.**

Respectfully submitted,

Brian A. Crofoot

/s/ Brian A. Crofoot, Pro Se

4180 N. Marine Dr., #1501

Chicago, IL 60613

**Email:** crofoot.bc@gmail.com

**Phone:** 440-258-0207

**Dated:** July 1, 2026

**CERTIFICATE OF SERVICE**

I, Brian Alan Crofoot, hereby certify that on July 1, 2026, a true and correct copy of Plaintiff's Notice was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

Brian A Crofoot

____________________________________

/s/ Brian Alan Crofoot, Pro se