BC

FILED
8/19/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AW

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN A. CROFOOT, | ) | **Case No.** 1:26-cv-05025 |
| *Plaintiff,* | ) | |
| | ) | **Hon. Judge:** Martha M. Pacold |
| v. | ) | **Magistrate Judge:** Maria Valdez |
| | ) | |
| COOK COUNTY, ILLINOIS, | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COUNT III

Plaintiff Brian A. Crofoot, representing himself, pursuant to Federal Rule of Civil Procedure 41(a), hereby gives notice of the voluntary dismissal of **Count III** (common-law retaliatory discharge) of the First Amended Complaint only. Plaintiff continues to pursue Count I (First Amendment retaliation under 42 U.S.C. § 1983). Plaintiff is not entirely dismissing this action.

Plaintiff recently found ***DeShaney v. Winnebago County DSS,*** 489 U.S. 189 (1989), instructive, and noted a frosty fall is coming. Defendant continues to gaslight a severe electrical, fire, and explosion hazard located above a gas main (*"a bomb"*), at Plaintiff's former Roger's Park apartment as a *"perfectly safe" "nuisance action."* This danger is right next to the CTA Redline. On August 10, 2026, Plaintiff searched online for videos of apartments exploding in the culturally rich Roger's Park, Chicago. This raises questions about state created dangers that may be testable by other plaintiffs in the future.

Plaintiff requests that the Court enter an order reflecting the **dismissal of Count III only,** with the remaining claims proceeding.

Respectfully submitted,

/s/ Brian A. Crofoot, Pro Se

*"One Count to Rule Them All. In the Receipts Bind Them."*

**Brian A. Crofoot**

3847 Lorain Ave.

Lorain, OH 44055

**Email:** crofoot.bc@gmail.com

**Phone:** 440-258-0207

**Dated:** August 19, 2026

**CERTIFICATE OF SERVICE**

I, Brian Alan Crofoot, hereby certify that on August 19, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

__________________________

/s/ Brian Alan Crofoot, Pro se Plaintiff